IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES | § § § | |
| v. | § § § § | CASE NO. 2:23-cv-00207 (TXED) |
| CISCO SYSTEMS, INC. | § | |

**REPORT OF MEDIATION**

The above-captioned case was mediated (via Zoom video conference) by David Folsom on Friday, April 19, 2024, between Plaintiff(s) Lionra Technologies and Defendant(s) Cisco Systems, Inc. The mediation session has been suspended., but the undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 26 day of April 2024.

*/s/ David Folsom*
David Folsom
TXBN: 07210800
6002-B Summerfield Drive
Texarkana, Texas  75503
Cell: 903 277-7303
Email: david@folsomadr.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 26 day of April 2024.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/ David Folsom*
David Folsom